B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois
**Case No. 14–21951**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Geno Racanelli | Sabrina Racanelli |
| 134 N Jackson | fka Sabrina Tucker |
| Waukegan, IL 60085 | 134 N Jackson |
| | Waukegan, IL 60085 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–8607                    xxx–xx–2871

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>September 16, 2014</u>          <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18J (Official Form 18J) (12/07) – Cont.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-21951-ABG
Geno Racanelli                                                        Chapter 7
Sabrina Racanelli
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin          Page 1 of 2          Date Rcvd: Sep 16, 2014
                             Form ID: b18          Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2014.
```
db        #+Geno Racanelli,   134 N Jackson,   Waukegan, IL 60085-4148
jdb       #+Sabrina Racanelli,   134 N Jackson,   Waukegan, IL 60085-4148
22042526   +All Credit Lenders,   474 N. Green Bay Road,   Waukegan, IL 60085-3149
22042527   +Apollo Group, Inc.,   4615 E. Elwood St.,   Phoenix, ZN  85040-1958
22042528   +Armed Forces Bank N A,   1111 Main St Ste 1600,   Kansas City, MO 64105-2114
22042530   +Associated Bank,   1 S. Genesee St.,   Waukegan, IL 60085-5602
22042534   +CMRE Finance,   3075 E Imperial HW, Suite 200,   Brea, Ca 92821-6753
22042532   #+Cathleen and Jerome Landree,   810 W. Dean Avenue,   Killeen, TX 76541-2382
22042535   +Colonial Park Apartments,   748 Sharon Avenue,   Park City, IL 60085-6814
22042537   +Community Action Partnership,   1200 Glen Flora Avenue,   Waukegan, IL 60085-1753
22042540    Diversified,   PO Box 55126,   Jacksonville, FL 32255
22042541   +Durham & Durham Attorneys at Law,   Dept 8403,   PO Box 1259,   Oaks, PA 19456-1259
22042542   +Eleanor and Cleveland Phifer,   PO Box 161054,   Louisville, KY 40256-1054
22042544   +Family Video,   741 W. Glen Flora Avenue,   Waukegan, IL 60085-1838
22042545   +Federal Loan Servicing,   PO Box 60610,   Harrisburg, PA 17106-0610
22042546   +Grand Canyon Education Inc,   Attn Office of General Counsel,   3300 W. Camelback Road,
             Phoenix, AZ 85017-3030
22042549   +Harbor Lake Apartments,   1610 Sunset Avenue, Unit 102,   Waukegan, IL 60087-3803
22042551   +NCC Business Services,   9428 Baymeadows Rd,   Jacksonville, FL 32256-7912
22042553   +Paradise Valley Hospital,   PO Box 1090,   Long Beach, CA 90801-1090
22042554   +Payday Loan Store of IL,   2510 W. Grand Avenue,   Waukegan, IL 60085-3317
22042555   +People's Choice Family Fun Center,   2411 Grand Avenue,   Waukegan, IL 60085-3314
22042556   +Phoenix University/Axia,   1625 W. Fountain Head Parkway,   Tempe, AZ 85282-2371
22042557    Pinnacle Credit Services,   7900 Highway 7, Ste 100,   Minneapolis, MN 55426-4045
22042558    Scott M. Alexander,   1448 Old Skokie Road,   Highland Park, IL 60035-3040
22042560   +Stellar Recovery,   1327 Highway 2 West,,   Suite 100,   Kalispell, MT 59901-3413
22042562   +TCF Bank,   801 Marquette Avenue,   Minneapolis, MN 55402-3475
22042563   +Town and Country Village Apartments,   4066 Messina Drive #13,   San Diego, CA 92113-1846
22042566   +Verizon Wireless,   500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
22042567   +Waukegan Public Library,   128 N. County Street,   Waukegan, IL 60085-4368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22042529   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 17 2014 01:36:51     Armor Systems,
             1700 Kiefer Drive # 1,   Zion, IL 60099-5105
22210722   +EDI: ATLASACQU.COM Sep 17 2014 01:23:00     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
22042533   +EDI: CBCSI.COM Sep 17 2014 01:18:00     CBCS,   PO Box 163250,   Columbus, OH 43216-3250
22042531   +EDI: CAPITALONE.COM Sep 17 2014 01:23:00     Capital One,   PO Box 30285,
             Salt Lake City, UT 84130-0285
22042536    E-mail/Text: legalcollections@comed.com Sep 17 2014 01:36:40     ComEd,
             Chicago, IL 60668-0001
22042538   +EDI: CCS.COM Sep 17 2014 01:18:00     Credit Collections,   PO Box 9133,
             Needham, MA 02494-9133
22042539   +EDI: CMIGROUP.COM Sep 17 2014 01:23:00     Credit Management, LP,   4200 International Parkway,
             Carrollton, TX 75007-1912
22042543   +E-mail/Text: bknotice@erccollections.com Sep 17 2014 01:35:05     Enhanced Recovery Corp.,
             8014 Bayberry Court,   Jacksonville, FL 32256-7412
22042547    E-mail/Text: bankruptcy@gbmail.com Sep 17 2014 01:36:28     Guaranty Bank,   PO Box 240200,
             Milwaukee, WI 53224
22042548   +E-mail/Text: dleabankruptcy@hrblock.com Sep 17 2014 01:33:50     H and R Block,   PO Box 677463,
             Dallas, TX 75267-7463
22042550   +EDI: MID8.COM Sep 17 2014 01:23:00     Midland Funding, LLC,   8875 Aero Drive,
             San Diego, CA 92123-2255
22042554   +EDI: CBSPLS.COM Sep 17 2014 01:23:00     Payday Loan Store of IL,   2510 W. Grand Avenue,
             Waukegan, IL 60085-3317
22042559    EDI: NEXTEL.COM Sep 17 2014 01:18:00     Sprint,   6391 Sprint Parkway,
             Overland Park, KS 66251
22042561   +EDI: AISTMBL.COM Sep 17 2014 01:23:00     T-Mobile,   PO Box 742596,
             Cincinnati, OH 45274-2596
22042565   +EDI: USCELLULAR.COM Sep 17 2014 01:18:00     US Cellular,   Dept. 0203,
             Palatine, IL 60055-0001
22042564    E-mail/Text: ebn@unique-mgmt.com Sep 17 2014 01:36:25     Unique National Collections,
             119 E Maple St,   Jeffersonville, IN 47130-3439
22042568   +EDI: WFFC.COM Sep 17 2014 01:23:00     Wells Fargo Bank, NA,   PO Box 6995,
             Portland, OR 97228-6995
                                                                            TOTAL: 17
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: admin            Page 2 of 2          Date Rcvd: Sep 16, 2014
                             Form ID: b18            Total Noticed: 45

22042552      ##+North Shore Gas Company,    PO Box A3991,    Chicago, IL 60690-3991
                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2014                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2014 at the address(es) listed below:
          Ilene F Goldstein, ESQ   ifgcourt@aol.com,  IL35@ecfcbis.com
          Justin R. Storer   on behalf of Debtor Geno  Racanelli jstorer@lakelaw.com
          Justin R. Storer   on behalf of Joint Debtor Sabrina  Racanelli jstorer@lakelaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                        TOTAL: 4
```